UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-07255-ODW (MAAx) | Date | September 2, 2025 |
|---|---|---|---|
| Title | *Linda Thomas v. General Motors LLC et al.* | | |

Present: The Honorable   Otis D. Wright II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**      **ORDER STRIKING DOCUMENT (ECF No. 15.)**

The Court reviewed Plaintiff's Motion to Remand. (ECF No. 15.) The Court **STRIKES** that document for the following reason(s):

\_\_\_   Motion filed less than twenty-eight days before date noticed for hearing, or less than thirty-five days before date noticed for hearing motion for summary judgment. *See* C.D. Cal. Civ. L.R. 6-1; Scheduling and Case Management Order ¶ 6.f.

\_X\_   Failure to meet and confer "in person, by telephone, or via video conference at least 7 days prior to the filing of the motion. *See* C.D. Cal. Civ. L.R. 7-3.

\_\_\_   Wrong font size or improperly formatted (e.g., single spaced, improper margins, missing pages numbers, etc.). *See* C.D. Cal. Civ. L.R. 11-3.

\_\_\_   Over-length. *See* C.D. Cal. Civ. L.R. 11-6; Order Setting Scheduling Conference 5.

\_\_\_   Missing required information (e.g., Notice of Motion; title page or caption information; table of contents; table of authorities; index of exhibits; Proposed Order, etc.). *See* C.D. Cal. Civ. L.R. 7-4, 7-20, 11-3, 11-8.

\_\_\_   Does not comply with C.D. Cal. Civ. L.R. 7-6 or 11-5 regarding evidence on motions or filing exhibits electronically.

___ Does not contain a statement of material facts with numbered paragraphs or fails to respond to statement of material facts in motion. *See* Scheduling and Case Management Order ¶ 6.f.

___ Response does not list and respond to the numbered statement of material facts from the Motion for Summary Judgment. Scheduling and Case Management Order ¶ 6.f.

___ Does not comply with L.R. 79-5 regarding filing an item under seal in a civil case.

___ Does not comply with Order or Notice in this case for the following reasons: _____.

___ Other: _____.

The document is stricken and not part of the record.

**IT IS SO ORDERED.**

                                                                       :    00

Initials of Preparer    SE